IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO.  4:11CR3122 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JEREMY GULLY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Pretrial Motions Deadline and Jury Trial, filing 27, from December 16, 2011, and December 19, 2011, respectively.  The Court, being fully advised in the premises, and noting that the Government has no objection to said continuances, finds that said motion should be granted.

IT IS THEREFORE ORDERED that defendant's deadline to file pretrial motions shall be continued until the 17TH day of January, 2012.  Further, the jury trial of this matter is hereby continued to March 5, 2012, at 9:00 a.m.  Mr. Gully is ordered to appear at said time.

This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's deadline to file pretrial motions and his jury trial.  This Court further finds that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from December 16, 2011, until March 5, 2012 shall be excludable time pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 1st day of December, 2011.

BY THE COURT:

_____
United States Magistrate Judge